No. 88–7412.   MOODY v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 88–7414.   WRIGHT v. JOHNSON.   C. A. 2d Cir.   Certiorari denied.

No. 88–7415.   RASHEED-BEY v. DUCKWORTH ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 88–7416.   KENDRICK v. CLEMENTS ET AL.   C. A. 5th Cir. Certiorari denied.

No. 88–7417.   KALTENBACH v. WHITLEY, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 88–7418.   KELLY v. HINES-RINALDI FUNERAL HOME, INC. C. A. 4th Cir.   Certiorari denied.

No. 88–7419.   JEMISON v. BURTON, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–7420.   RAUSER v. FREEMAN, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–7421.   CARTER v. SPARKS ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–7422.   NORRIS v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 88–7423.   NORD v. LOCKHART, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 88–7425.   MONTGOMERY v. ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 88–7426.   CHILDS v. JONES, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–7428.   GLADSON v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 88–7429.   ASCH v. PHILIPS, APPEL & WALDEN, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.